**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 25, 2016.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-16-00510-CV

---

## IN THE INTEREST OF E.J.S. AND A.R.S., CHILDREN

---

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2014-25456**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed May 23, 2016. On August 5, 2016, appellant Sara Elizabeth Slaughter filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.